**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00885-CV
_____

**LESLIE TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2019-11524**

## ORDER

Appellant is represented by counsel, Alfonso Kennard, Jr. No reporter's record has been filed in this case. Jessica Chang, the court reporter, informed this court that appellant had not made arrangements for payment for the reporter's record. On November 21, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c).

Appellant has not provided this court with proof of payment for the record but filed a motion for extension of time to file her brief on December 19, 2019. The motion is GRANTED for thirty (30) days from the date of this order.


PER CURIAM


Panel consists of Justices Zimmerer, Spain and Hassan.